No. 12–358.  SNYDER ET AL. v. NEW YORK STATE EDUCATION DEPARTMENT ET AL., *ante*, p. 1041; and

No. 12–7065.  HENRY v. UNITED STATES, *ante*, p. 1076.  Petitions for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

FEBRUARY 26, 2013

No. 12A835.  CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. HOWELL.  Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on February 25, 2013, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

MARCH 1, 2013

No. 12–854.  RICHTER v. ADVANCE AUTO PARTS, INC.  C. A. 8th Cir.  Certiorari dismissed under this Court's Rule 46.1.

MARCH 4, 2013

No. 12–8513.  RICH v. TAMEZ, WARDEN.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).